Schedule A

WMG Copyrighted Works Infringed by Crumbl – Sound Recordings

| Artist | Work Title | Registration Number | Plaintiff(s) |
|---|---|---|---|
| A-Wall | Loverboy | SR0000939133 / SR0000939846 | Warner Records Inc. |
| Bazzi | Paradise | SR0000859608 | Atlantic Records Group LLC |
| Bruno Mars | Locked out of Heaven | SR0000715738 / SR0000756206 | Atlantic Recording Corporation |
| Bruno Mars | Marry You | SR0000671062 | Elektra Entertainment Group Inc. |
| Bruno Mars | Talking to the Moon | SR0000671062 | Elektra Entertainment Group Inc. |
| Bruno Mars | Treasure | SR0000715738 / SR0000756206 | Atlantic Recording Corporation |
| BURNS | Talamanca | SR 1-027-733 | Warner Music International Services Limited |
| Cafuné | Tek It | SR0000933424 | Elektra Entertainment LLC |
| Cardi B | Up | SR0000934506 | Atlantic Recording Corporation |
| Cardi B, Bad Bunny & J Balvin | I Like It | SR0000823652 | Atlantic Recording Corporation |
| Coldplay | Yellow | SR0000328762 | Warner Music International Services Limited |
| Corona | The Rhythm of the Night | SR0000967038 | Warner Music International Services Limited |
| David Guetta & Bebe Rexha | I'm Good (Blue) | SR0000940861 | Warner Music International Services Limited |
| David Guetta, Kid Cudi | Memories (feat. Kid Cudi) | SR0000643286 / SR0000678038 | Warner Music International Services Limited |
| Dua Lipa | Levitating | SR0000902950 | Warner Music International Services Limited |
| Dua Lipa | Levitating (feat. DaBaby) | SR0000889533 | Warner Music International Services Limited |
| Echosmith | Cool Kids | SR0000968318 | Warner Records Inc. |
| Faith Evans | Love Like This | SR0000228350 | Bad Boy Records LLC |
| FETISH | Come Check This | SR0000926802 | Big Beat Records Inc. |
| Fleetwood Mac | Dreams | N39857 | Rhino Entertainment LLC |
| Flo Rida | GDFR (feat. Sage The Gemini & Lookas) | SR0000808466 | Atlantic Recording Corporation |
| Gerry Raferty | Right Down the Line | SR0000000346 / SR0000129567 | Warner Music International Services Limited |
| Gipsy Kings | Bamboleo | SR0000099049 | Elektra Entertainment Group Inc. |
| Green Day | Holiday | SR0000362126 | Warner Records Inc. |
| Hobo Johnson | Mover Awayer | SR0000881532 | Warner Records Inc. |
| Icona Pop | Clap Snap | SR0000990956 | Atlantic Recording Corporation |
| Imad Royal | Bad 4 U | SR0000926781 | Atlantic Recording Corporation |
| Jack Harlow | WHATS POPPIN (feat. DaBaby, Tory Lanez & Lil Wayne) [Remix] | SR0000877651 | Atlantic Recording Corporation |
| Jason Derulo | Acapulco | SR0000909583 | Atlantic Recording Corporation |
| Jason Derulo | Take You Dancing | SR0000886297 | Atlantic Records Group LLC |
| Jaymes Young | Infinity | SR0000807341 | Atlantic Recording Corporation |
| Jet | Are You Gonna Be My Girl | SR0000343668 | Elektra Entertainment Group Inc. |
| Kylie Minogue | Can't Get You out of My Head | SR0000322960 | Warner Music International Services Limited |
| Lizzo | Juice | SR0000850617 | Atlantic Recording Corporation |
| Lukas Graham | Mama Said | SR0000818935 | Warner Records Inc. |
| Lupe Fiasco | The Show Goes On | SR0000704469 / SR0000704967 | Atlantic Recording Corporation |

Schedule A

WMG Copyrighted Works Infringed by Crumbl – Sound Recordings

| Artist | Work Title | Registration Number | Plaintiff(s) |
|---|---|---|---|
| Martin Solveig & GTA | Intoxicated | SR0000966671 | Big Beat Records Inc. |
| Masked Wolf | Astronaut In The Ocean | SR0000894580 | Elektra Entertainment Group Inc. |
| Matoma | Find Love (feat. Dboy) | SR 1-028-039 | Warner Music International Services Limited |
| Melanie Martinez | Play Date | SR0000774057 | Atlantic Recording Corporation |
| Missy Elliott | Get Ur Freak On | SR0000297686 | Elektra Entertainment Group Inc. |
| MOGUAI | Hold On (feat. Cheat Codes) [2020 Edit] | SR0000939762 | Warner Music International Services Limited |
| Morten Harket | Can't Take My Eyes Off You | SR0000188251 | Warner Records Inc. |
| Ofenbach & Quarterhead | Head Shoulders Knees & Toes (feat. Norma Jean Martine) | SR0000946826 | Warner Music International Services Limited |
| P. Diddy | I Need a Girl (Pt. Two) [feat. Ginuwine, Loon, Mario Winans & Tammy Ruggieri] | SR0000332454 / SR0000312074 / SR0000315040 | Bad Boy Records LLC |
| Pink Sweat$ | At My Worst (Gustixa Remix) | SR 1-028-039 | Atlantic Recording Corporation |
| Saweetie | Tap In | SR0000887718 | Warner Records Inc. |
| Slayyyter | Mine | SR 1-028-043 | Big Beat Records Inc. |
| The Notorious B.I.G. | Big Poppa (2005 Remaster) | SR0000206849 / SR0000313013 | Bad Boy Records LLC |
| The Notorious B.I.G. | Hypnotize (2005 Remaster) | SR0000220411 / SR0000238216 | Bad Boy Records LLC |
| The Second Level x Minus Manus | In The Dark | SR 1-027-735 | Warner Music International Services Limited |
| Tinie Tempah | Written in the Stars (feat. Eric Turner) | SR0000680992 | Warner Music International Services Limited |
| Wale | Lotus Flower Bomb (feat. Miguel) | SR0000698024 | Atlantic Recording Corporation |
| Whethan | Superlove (feat. Oh Wonder) | SR0000839982 | Atlantic Recording Corporation |
| Wiz Khalifa | See You Again (feat. Charlie Puth) | SR0000770930 / SR0000768651 | Atlantic Recording Corporation |
| Zapp & Roger | Doo Wa Ditty (Blow That Thing) | SR0000037321 | Warner Records Inc. |

Schedule A

WMG Copyrighted Works Infringed by Crumbl – Musical Compositions

| Artist | Work Title | Registration Number | Plaintiff(s) |
|---|---|---|---|
| Ariana Grande | motive (with Doja Cat) | PA0002268906 | W Chappell Music Corp. |
| Ariana Grande | positions | PA0002496365 | W Chappell Music Corp. |
| Ariana Grande | Santa Tell Me | PA0002524750 | W Chappell Music Corp. |
| Armani White | BILLIE EILISH. | PA0002417990 | Warner-Tamerlane Publishing Corp.; Warner Chappell Music, Inc. |
| Beyoncé | Love On Top | PA0001822469 | W Chappell Music Corp. |
| Beyoncé | Partition | PA0001918144 | Warner-Tamerlane Publishing Corp.; W Chappell Music Corp. |
| Beyoncé | Single Ladies (Put a Ring on It) | PA0001682647 | W Chappell Music Corp. |
| Beyoncé | BREAK MY SOUL | PA0002375264 | W Chappell Music Corp. |
| BLACKPINK | Ice Cream (with Selena Gomez) | PA0002268882 | Warner-Tamerlane Publishing Corp. |
| BROCKHAMPTON | SUGAR | PA0002242950 | Warner-Tamerlane Publishing Corp. |
| Bruno Mars | Locked out of Heaven | PA0001869823 | Warner Chappell Music, Inc. |
| Bruno Mars | Marry You | PA0001742736 | Warner Chappell Music, Inc. |
| Bruno Mars | Talking to the Moon | PA0001869984 | Warner Chappell Music, Inc. |
| Bruno Mars | Treasure | PA0001869830 | Warner Chappell Music, Inc. |
| BTS | Butter | PA0002333493 | W Chappell Music Corp. |
| BTS | Butter - Megan Thee Stallion Remix | PA0002524907 | W Chappell Music Corp. |
| Cardi B | Up | PA0002394634 | Warner-Tamerlane Publishing Corp.; W Chappell Music Corp. |
| Cardi B, Bad Bunny & J Balvin | I Like It | PA0002143531 | W Chappell Music Corp. |
| Cheat Codes, Kriss Kross Amsterdam | Sex | PA0002525193 | W Chappell Music Corp. |
| Childish Gambino | Redbone | PA0002082194 | Warner-Tamerlane Publishing Corp. |
| Chris Brown | Gimme That Remix (feat. Lil Wayne) | PA0001372253 | Warner-Tamerlane Publishing Corp. |
| Chris Brown, Young Thug | Go Crazy | PA0002282807 | W Chappell Music Corp. |
| Corona | The Rhythm of the Night | PA0000752383 | Warner-Tamerlane Publishing Corp.; W Chappell Music Corp. |
| DB BEATZ | Last Christmas | PA0000296385 | W Chappell Music Corp. |
| Dean Martin | Winter Wonderland | PA0000718025 | W Chappell Music Corp. |
| Diplo, SIDEPIECE | On My Mind - Do You Dance? Edit | PA0002361561 | W Chappell Music Corp. |
| DJ Khaled | LET IT GO (feat. Justin Bieber & 21 Savage) | PA0002315417 | Warner-Tamerlane Publishing Corp.; W Chappell Music Corp. |
| Doja Cat | Kiss Me More (feat. SZA) | PA0002304261 | Warner-Tamerlane Publishing Corp. |
| Doja Cat | Streets - Silhouette Remix | PA0000249092 | Warner-Tamerlane Publishing Corp.; W Chappell Music Corp. |
| Drake | Best I Ever Had | PA0001915623 | Warner-Tamerlane Publishing Corp. |
| Drake, Kanye West, Lil Wayne, Eminem | Forever | PA0001696205 | Warner-Tamerlane Publishing Corp. |
| Dua Lipa | Levitating | PA0002292827 | W Chappell Music Corp. |

Schedule A

WMG Copyrighted Works Infringed by Crumbl – Musical Compositions

| Artist | Work Title | Registration Number | Plaintiff(s) |
|---|---|---|---|
| Dua Lipa | Levitating (feat. DaBaby) | PA0002304883 | W Chappell Music Corp. |
| Echosmith | Cool Kids | PA0002385935 | W Chappell Music Corp. |
| EDEN | sex | PA0002525578 | W Chappell Music Corp. |
| Edison Lighthouse | Love Grows (Where My Rosemary Goes) | EP 270846 | Unichappell Music Inc. |
| Ellie Goulding | Lights | PA0001786685 / PA0001786670 | W Chappell Music Corp. |
| EZI | Take My Breath Away | PA0000292409 | W Chappell Music Corp. |
| Faith Evans | Love Like This | PA0000937948 | Warner-Tamerlane Publishing Corp. |
| Far East Movement, Ryan Tedder, Ruff Loaderz | Rocketeer | PA0001735616 | Warner-Tamerlane Publishing Corp.; W Chappell Music Corp.; Warner Chappell Music, Inc. |
| Four Tops | Back To School Again | PAu000407838 | Warner-Tamerlane Publishing Corp. |
| G-Eazy | Still Be Friends (feat. Tory Lanez & Tyga) | PA0002239037 | Warner-Tamerlane Publishing Corp. |
| George Michael | Careless Whisper | PA0000219809 | W Chappell Music Corp. |
| Ginuwine | Pony | PA0000839501 | W Chappell Music Corp. |
| Gipsy Kings | Bamboleo | PA0000455876 | W Chappell Music Corp. |
| Gotye, Kimbra | Somebody That I Used To Know | PA0001785517 | Unichappell Music, Inc. |
| Green Day | Holiday | PA0002319800 (supplement) / PA0001251317 | W Chappell Music Corp. |
| Gwen Stefani | Hollaback Girl | PA0001160423 | Warner Chappell Music, Inc. |
| Harry Styles | Daydreaming | PA0002427595 | Warner-Tamerlane Publishing Corp.; W Chappell Music Corp. |
| Hobo Johnson | Mover Awayer | PA0002210592 | Warner-Tamerlane Publishing Corp. |
| House Of Pain | Jump Around | PA0001719145 | W Chappell Music Corp. |
| ITZY | ICY | PA0002525196 | W Chappell Music Corp. |
| J. Cole | Work Out | PA0001775270 | W Chappell Music Corp. |
| Jack Harlow | WHATS POPPIN (feat. DaBaby, Tory Lanez & Lil Wayne) [Remix] | PA0002405018 | Warner-Tamerlane Publishing Corp. |
| JACKBOYS, Travis Scott | OUT WEST (feat. Young Thug) | PA0002390789 | Warner-Tamerlane Publishing Corp. |
| Jaymes Young | Infinity | PA0002496164 | Warner-Tamerlane Publishing Corp. |
| Jeremih | oui | PA0002078413 | Warner-Tamerlane Publishing Corp. |
| JNR CHOI, Sam Tompkins | TO THE MOON | PA0002468267 | Warner Chappell Music, Inc. |
| John Williams, London Symphony Orchestra | The Imperial March (Darth Vader's Theme) | PAu000193648 | Warner-Tamerlane Publishing Corp. |
| K CAMP | Lottery (Renegade) | PA0002196412 | Warner-Tamerlane Publishing Corp. |
| Kanye West | Father Stretch My Hands Pt. 1 | PA0002192892 | Warner-Tamerlane Publishing Corp. |
| Kanye West | Praise God | PA0002370856 | Warner-Tamerlane Publishing Corp. |
| Kanye West, Lupe Fiasco | Touch the Sky | PA0001299042 | Warner-Tamerlane Publishing Corp. |

Schedule A

WMG Copyrighted Works Infringed by Crumbl – Musical Compositions

| Artist | Work Title | Registration Number | Plaintiff(s) |
|---|---|---|---|
| Kanye West, T-Pain | Good Life | PA0001597235 | Warner-Tamerlane Publishing Corp. |
| Katy Perry | E.T. | PA0001753644 | W Chappell Music Corp. |
| Katy Perry | Birthday | PA0001874303 | W Chappell Music Corp. |
| Kendrick Lamar | HUMBLE. | PA0002370036 | Warner-Tamerlane Publishing Corp.; W Chappell Music Corp. |
| Kendrick Lamar | LOVE. FEAT. ZACARI. | PA0002085589 | Warner-Tamerlane Publishing Corp. |
| Lil Mosey | Blueberry Faygo | PA0002390266 | Warner-Tamerlane Publishing Corp. |
| Lil Nas X | HOLIDAY | PA0002272516 | Warner-Tamerlane Publishing Corp. |
| Lil Nas X | INDUSTRY BABY (feat. Jack Harlow) | PA0002421544 | Warner-Tamerlane Publishing Corp. |
| Lipps Inc. | Funkytown | PA0000074417 | Warner-Tamerlane Publishing Corp. |
| Lizzo | Juice | PA0002293037 | Warner-Tamerlane Publishing Corp. |
| Lucky Luke | Cooler Than Me | PA0001740827 | W Chappell Music Corp. |
| Lukas Graham | Mama Said | PA0002037066 | Warner Chappell Music, Inc.; W Chappell Music Corp. |
| Mariah Carey | Fantasy | PA0000795299 | W Chappell Music Corp. |
| Masked Wolf | Astronaut In The Ocean | PA0002330126 | Warner-Tamerlane Publishing Corp. |
| Melanie Martinez | Play Date | PA0001996542 | Warner-Tamerlane Publishing Corp. |
| Migos | Bad and Boujee (feat. Lil Uzi Vert) | PA0002525189 | Warner-Tamerlane Publishing Corp.; W Chappell Music Corp. |
| Miley Cyrus | Party In The U.S.A | PA0002358151 | Warner-Tamerlane Publishing Corp. |
| Missy Elliott | Get Ur Freak On | PA0001146413 | W Chappell Music Corp. |
| MKTO | Classic | PA0001923339 | Warner-Tamerlane Publishing Corp. |
| MOGUAI | Hold On (feat. Cheat Codes) - 2020 Edit | PA0002324760 | Warner-Tamerlane Publishing Corp.; W Chappell Music Corp. |
| Montel Jordan, Wino | This Is How We Do It | PA0000785625 | Warner-Tamerlane Publishing Corp. |
| Rae Sremmurd | This Could Be Us | PA0001974493 | Warner-Tamerlane Publishing Corp.; W Chappell Music Corp. |
| Rick Astley | Never Gonna Give You Up | PA0000375327 | Warner-Tamerlane Publishing Corp. |
| Rupert Holmes | Escape (The Pina Colada Song) | PA0000107162 | W Chappell Music Corp. |
| Saweetie | Tap In | PA0002251404 | W Chappell Music Corp. |
| Selena Gomez | Rare | PA0002248007 | Warner-Tamerlane Publishing Corp.; W Chappell Music Corp. |
| Stromae | Alors on danse - Radio Edit | PA0002525301 | Warner-Tamerlane Publishing Corp. |
| SZA | Good Days | PA0002333973 | Warner-Tamerlane Publishing Corp. |
| Taylor Swift | All Too Well | PA0002339277 | Warner-Tamerlane Publishing Corp. |
| The Kid LAROI | STAY (with Justin Bieber) | PA0002345926 | Warner-Tamerlane Publishing Corp. |
| The Weeknd | Save Your Tears | PA0002282131 | W Chappell Music Corp. |
| The Weeknd | The Hills | PA0001986818 | W Chappell Music Corp. |
| Tinie Tempah | Written in the Stars (feat. Eric Turner) | PA0001736071 | Warner-Tamerlane Publishing Corp.; W Chappell Music Corp. |
| Tones And I | Dance Monkey | PA0002203186 | W Chappell Music Corp. |
| Travis Scott | goosebumps | PA0002078529 | W Chappell Music Corp. |
| Tyler Childers | All Your'n | PA0002496180 | Warner-Tamerlane Publishing Corp. |
| Wale | Lotus Flower Bomb (feat. Miguel) | PA0001816126 | W Chappell Music Corp. |

Schedule A

WMG Copyrighted Works Infringed by Crumbl – Musical Compositions

| Artist | Work Title | Registration Number | Plaintiff(s) |
|---|---|---|---|
| Walker Hayes | Fancy Like | PA0002341564 | W Chappell Music Corp. |
| Wiz Khalifa | See You Again (feat. Charlie Puth) | PA0002031758 | Warner-Tamerlane Publishing Corp. |
| Young Money, Lloyd | BedRock | PA0001835844 | Warner-Tamerlane Publishing Corp.; W Chappell Music Corp. |