# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| WARNER RECORDS INC.; et al., <br><br> Plaintiffs, <br><br> v. <br><br> CRUMBL, LLC, <br><br> Defendant. | **ORDER GRANTING PRO HAC VICE ADMISSION OF LAUREN M. DE LILLY** <br><br> Case No. 2:25-cv-00316-HCN-CMR <br><br> District Judge Howard C. Nielson, Jr. <br> Magistrate Judge Cecilia M. Romero |

Before the court is Local Counsel's Motion for Pro Hac Vice Admission of Lauren M. De Lilly (Motion) (ECF 28). Based on the Motion and for good cause appearing,

**IT IS HEREBY ORDERED** that the Motion is GRANTED.

DATED this 14 August 2025.

_Cecilia M. Romero_
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah