IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| WARNER RECORDS, INC ET AL, | |
| Plaintiff, | ORDER OF RECUSAL |
| vs. | |
| CRUMBLE LLC, | Case No.  2:25-cv-00316-HCN |
| Defendant. | |

I recuse myself in this case, and ask that the appropriate assignment equalization card be drawn by the clerk's office.

DATED this __21st__ day of April, 2026.

BY THE COURT:

_____
Howard C. Nielson, Jr.
United States District Judge