UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| WARNER RECORDS, INC et al., | **ORDER OF RECUSAL** |
| Plaintiffs, | 2:25-cv-00316 |
| v. | |
| CRUMBLE LLC, | District Judge David Barlow |
| Defendant. | |

I recuse myself in this case and ask that the appropriate assignment card for equalization be drawn by the clerk's office.

Dated April 22, 2026

BY THE COURT:

David Barlow
United States District Judge