Ryan C. Morris (SBN 19019)
WORKMAN NYDEGGER
60 East South Temple
Salt Lake City, UT 84111
Telephone: 801 533 9800
Facsimile: 801 328 1707
rmorris@wnlaw.com

Rollin A. Ransom (*Pro Hac Vice*)
Lauren M. De Lilly (*Pro Hac Vice*)
James Joseph Cappell (*Pro Hac Vice*)
SIDLEY AUSTIN LLP
350 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213 896 6000
Facsimile: 213 896 6600
rransom@sidley.com
ldelilly@sidley.com
jamie.cappell@sidley.com

*Attorneys for Plaintiffs*

# THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| WARNER RECORDS INC.; et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CRUMBL, LLC,<br><br>Defendant. | **STATUS REPORT AND STIPULATED MOTION TO STAY PENDING SETTLEMENT**<br><br>Case No. 2:25-cv-00316-AMA-CMR<br><br>District Judge Ann Marie McIff Allen<br>Magistrate Judge Cecilia M. Romero |

Plaintiffs Atlantic Recording Corporation, Atlantic Records Group LLC, Bad Boy Records LLC, Big Beat Records Inc., Elektra Entertainment Group Inc., Elektra Entertainment LLC, Rhino Entertainment LLC, Warner Music International Services Limited, Warner Records Inc., Unichappell Music Inc., W Chappell Music Corp., Warner Chappell Music, Inc., And Warner-Tamerlane Publishing Corp. (collectively, "Plaintiffs") and Defendant Crumbl LLC ("Crumbl," and together with Plaintiffs, the "Parties"), by and through their respective counsel, respectfully provide this status report and stipulated motion to stay, pending settlement. The Parties have reached an agreement in principle and are in the process of finalizing a settlement agreement between them. The Parties expect to resolve their dispute on or before June 15, 2026.

A stay of proceedings pending settlement discussions is an appropriate exercise of this Court's discretion, where the parties are likely to resolve their dispute. *See Landis v. N. Am. Co.*, 299 U.S. 248, 254–55 (1936) (explaining that a court's power to stay proceedings is incidental to its inherent power to control the disposition of the cases on its docket to save the time and effort of the court, counsel, and the parties). The Parties respectfully request that the Court stay all proceedings pending completion of the Parties' settlement agreement.

If the Parties are unable to finalize their agreement, they will file a joint status report on or before June 19, 2026, or as otherwise ordered by the Court.

DATED this 22nd day of May, 2026       Respectfully submitted,

/s/ Ryan C. Morris
_____
Ryan C. Morris (SBN 19019)
WORKMAN NYDEGGER

Rollin A. Ransom (*Pro Hac Vice*)
Lauren M. De Lilly (*Pro Hac Vice*)
James Joseph Cappell (*Pro Hac Vice*)
SIDLEY AUSTIN LLP

*Attorneys for Plaintiffs*


DATED this 22nd day of May, 2026       Respectfully submitted,

/s/ Jess M. Krannich
_____
*Signed with permission*
Jess M. Krannich (SBN 14398)
Paul J. Sampson (SBN 13350)
Isabella Ang (SBN 19434)
Gary R. Greenstein (*Pro Hac Vice*)
WILSON SONSINI GOODRICH & ROSATI

*Attorneys for Defendant Crumbl, LLC*