Ryan C. Morris (SBN 19019)
WORKMAN NYDEGGER
60 East South Temple, Suite 1000
Salt Lake City, Utah 84111
Telephone: (801) 533-9800
Facsimile: (801) 328-1707
rmorris@wnlaw.com

Rollin A. Ransom (*Pro Hac Vice*)
Lauren M. De Lilly (*Pro Hac Vice*)
James Joseph Cappell (*Pro Hac Vice*)
SIDLEY AUSTIN LLP
350 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213-896-6000
rransom@sidley.com
ldelilly@sidley.com
Jamie.cappell@sidley.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| WARNER RECORDS INC, et al,<br><br>    Plaintiffs,<br><br>    v.<br><br>CRUMBL, LLC,<br><br>    Defendant. | Case No. 2:25-CV-00316-AMA-CMR<br><br>**STIPULATED MOTION FOR ORDER OF DISMISSAL WITHOUT PREJUDICE**<br><br>District Judge Ann Marie McIff Allen<br><br>Magistrate Judge Cecilia M. Romero |

1

Plaintiffs Atlantic Recording Corporation, Atlantic Records Group LLC, Bad Boy Records LLC, Big Beat Records Inc., Elektra Entertainment Group Inc., Elektra Entertainment LLC, Rhino Entertainment LLC, Warner Music International Services Limited, Warner Records Inc., Unichappell Music Inc., W Chappell Music Corp., Warner Chappell Music, Inc., And Warner-Tamerlane Publishing Corp. (collectively, "Plaintiffs") and Defendant Crumbl LLC ("Crumbl," and together with Plaintiffs, the "Parties"), by and through their respective counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby notify the Court that the parties have reached a settlement and that, pursuant to the parties' confidential settlement agreement, the parties stipulate to dismissal without prejudice. Each party is to bear its own attorneys' fees and costs.

DATED this 18th day of June, 2026.

By: s/ *Ryan C. Morris*
Ryan C. Morris
WORKMAN NYDEGGER

SIDLEY AUSTIN LLP
Rollin A. Ransom
Lauren M. De Lilly
James Joseph Cappell

*Attorneys for Plaintiffs*

By: s/ *Jess M. Krannish* (with permission)
Jess M. Krannich
Paul J. Sampson
Isabella Ang
Gary R. Greenstein
WILSON SONSINI GOODRICH & ROSATI

*Attorneys for Defendant Crumbl, LLC*